■ In the Matter of LEONIDAS SIERRA, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. [734 NYS2d 514] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination that found him guilty of violating the prison disciplinary rule prohibiting the possession of

cannabinoids. The determination has since been annulled and all references thereto have been expunged from petitioner's institutional records. As petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Peters, J. P., Spain, Carpinello, Mugglin and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.